UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80007-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXANDER R. REYES,

    Defendant.
_____/

SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment imposed on September 16, 2011, against Alexander R. Reyes. The Clerk of the United States District Court of Southern Florida is authorized and empowered to satisfy and cancel said Judgment of record.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:   */s/ Vivian Rosado*
Vivian Rosado
Assistant U.S. Attorney
99 NE 4th Street, Suite 300
Miami, FL 33132-2111
Fla. Bar No. 849367
Tel: (305) 961-9313
Fax: (305) 530-7195
E-mail: vivian.rosado@usdoj.gov